UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Shining J. Hsu, Esq., (SH 9564)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

FILED
JAMES J. WALDRON, CLERK

DEC 2 2 2010

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| In Re: | Case No.: 10-29520 (RG) |
| --- | --- |
| Martin Cadillac, LLC, | Chapter 11 |
| | Hearing Date: December 22, 2010 at 2:00 p.m. |
| Debtor. | Judge: Rosemary Gambardella |

### ORDER DIRECTING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

12-22-10 _____

USBJ

**(Page 2)**

Martin Cadillac, LLC,

Chapter 11 Case No.: 10-29520 (RG)

**Order Directing the Appointment of Chapter 11 Trustee**

---

Upon consideration of the Motion of the United States Trustee, by and through counsel, for an Order

Converting this Chapter 11 Case to a Chapter 7 Case, or in the Alternative, Dismissing the Case pursuant to 11

U.S.C. § 1112(b), and notice of the motion having been given to the debtor, its counsel and all interested

parties, and the Court having considered all arguments and the Court further having found cause *sua sponte* for

the appointment of a Chapter 11 trustee pursuant to 11 U.S.C.§ 1104; and for reasons stated on the record, it is

hereby:

**ORDERED** that the United States Trustee is directed to appoint a Chapter 11 trustee; and it is further

**ORDERED** that the Motion of the United States Trustee for an Order Converting this Chapter 11 Case

to a Chapter 7 Case, or in the Alternative, Dismissing the Case pursuant to 11 U.S.C. § 1112(b) is hereby

adjourned to January 12, 2011. *AT 11:00 A.M.*