UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esquire (MH 9031)
Shining J. Hsu, Esquire (SH 9564)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

Order Filed on 12/28/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

| In Re: | Case No.: 10-29520 (RG) |
|---|---|
| Martin Cadillac, LLC, | Chapter 11 |
| Debtor. | Hearing Date: |
|  | Judge: Honorable Rosemary Gambardella |

### ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE BY UNITED STATES TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 12/28/2010**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Martin Cadillac, LLC

Chapter 11, Case No. 10-29520 (RG)

**Order Approving the Appointment of a Chapter 11 Trustee**

___

The Court having considered the application submitted by the United States Trustee for the entry of an order approving the appointment of Jay Lubetkin in the above-captioned case, it is hereby;

**ORDERED** that the appointment of Jay Lubetkin as the Chapter 11 the trustee is **APPROVED.**

*Approved by Judge Rosemary Gambardella   December 28, 2010*